# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

DAVID BENJAMIN SCHROOTEN,

   Defendant.

Case No. CR12-85-RSM

**DETENTION ORDER**

Offenses charged:

   Conspiracy to Commit Access Device Fraud and Bank Fraud,
   Access Device Fraud,
   Bank Fraud,
   Intentional Damage to a Protected Computer, and
   Aggravated Identity Theft.

Date of Detention Hearing: June 11, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is a citizen of the Netherlands and was arrested in Romania. He was extradited from that country and appeared before the Court this date. He has no ties to this district, and the Court received no information about his residence, employment, financial status, or health. An immigration detainer has also been lodged against defendant. Defendant through his lawyer did not contest detention and offered no argument for release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge